No. 10–5975. STYLES *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 10–5977. STAPLEY *v.* MISSISSIPPI BAR ET AL. Sup. Ct. Miss. Certiorari denied.

No. 10–5978. DEVEAUX *v.* BRESLIN, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–5983. MATTHEWS *v.* PURKETT, SUPERINTENDENT, EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. ▮▮▮▮▮▮▮▮▮▮

No. 10–5984. SAULA-RIVERA *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ▮▮▮▮▮▮▮▮

No. 10–5985. TRICE *v.* CLARK COUNTY SCHOOL DISTRICT ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮

No. 10–5989. WHITE *v.* ARNOLD ET AL.; and WHITE *v.* ANDERSON. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–5991. PETITIONER G *v.* BROWN, COMMISSIONER, KENTUCKY DEPARTMENT OF JUVENILE JUSTICE. Sup. Ct. Ky. Certiorari denied. ▮▮▮▮▮▮

No. 10–5993. DAVIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮

No. 10–5996. HANCOCK *v.* BROWN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 10–5997. HARTSCH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. ▮▮▮▮▮▮▮

No. 10–6007. DAVIS *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. ▮▮▮▮▮

No. 10–6008. WILLIAMSON *v.* WALKER. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮